

FILED ENTERED
LODGED RECEIVED

JUN 11 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| | * | |
| v. | * | CRIMINAL NO. ELH-13-cr 0299 |
| | * | |
| LOVELL OFFER, | * | (Possession of Firearm by a Felon, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 24, 2012, in the District of Maryland, the defendant,

## LOVELL OFFER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting commerce a firearm, to wit: a .22 caliber Ruger rifle, model

10-22, serial number 248-75457.

18 U.S.C. § 922(g)(1)

5

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2.      As a result of the offense alleged in Count One of this Indictment, the defendant,

### LOVELL OFFER,

shall forfeit to the United States the firearm involved in the commission of the offense, to wit:  a .22 caliber Ruger rifle, model 10-22, serial number 248-75457.


18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)


_Rod Rosenstein /s/ Lenn_
Rod J. Rosenstein
United States Attorney


A TRUE BILL:

# SIGNATURE REDACTED

Foreperson

6-11-13

Date