# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**      \*

     **v.**              \*

                           **Criminal No. ELH-13-299**

**LOVELL OFFER**           \*

     **Defendant.**        \*

                 **...oOo...**

## GOVERNMENT'S MOTION TO DISMISS

Pursuant to Fed. R. Crim. P. 48, the Government hereby moves to dismiss the indictment pending against the Defendant, *see* ECF 1, with prejudice.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:   _/s/_  _Scott A. Lemmon_
     Scott A. Lemmon
     Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2013, a copy of the foregoing

Government's Motion to Dismiss was electronically filed with the Clerk of the District Court and

by that means served upon counsel for the defendant.

    /s/   *Scott A. Lemmon*
Scott A. Lemmon
Assistant United States Attorney